UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy Waldor |
| v. | : | Mag. No. 10-7115 |
| ELIYAHU WEINSTEIN,<br>  a/k/a "Eli Weinstein" | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (Gurbir Grewal and Zach Intrater,
Assistant U.S. Attorneys, appearing), and defendant Eliyahu
Weinstein, for an order granting a continuance of the proceedings
in the above-captioned matter to allow the defendant's counsel
time to become familiar with this complex and document-intensive
case and for the parties to conduct plea negotiations or other
proceedings, and four continuances having previously been granted
by the Court pursuant to Title 18, United States Code, Section
3161(h)(7)(A), and the defendant being aware that he has the
right to have the matter submitted to a grand jury within thirty
days of the date of his arrest pursuant to Title 18, United
States Code, Section 3161(b), and the defendant having consented
to the continuance and waived such right, and for good cause
shown,

IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

(1) This case is one of significant complexity, defense
counsel has been retained only recently, and defendant has

requested an additional period of time for his counsel to become better acquainted with the case;

(2) The parties expect that plea negotiations or other proceedings will begin shortly, and both the United States and the defendant desire additional time to conduct those proceedings; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this      day of August, 2011,

ORDERED that this action be, and hereby is, continued for a period from the date of this order through and including October 31, 2011; and it is further

ORDERED that the period from the date of this Order through and including October 31, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. CATHY WALDOR
United States Magistrate Judge

Form and entry
consented to:

_____
ZACH INTRATER
Assistant U.S. Attorney


_____  08|16|11
HENRY KLINGEMAN, ESQ.
ANNA COMINSKY, ESQ.
KROVATIN & KLINGEMAN, LLC
Counsel for Eliyahu Weinstein

-3-